IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01453-WYD-KLM

DAVID HAWKES, Personal Representative of the Estate of Kristie Lynn Hawkes, Deceased, and
CASEY ROHRER, by and through her grandfather and next friend David Hawkes,

       Plaintiffs,

v.

COUNTY OF ADAMS, a Colorado political subdivision,
BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS, COLORADO,
DOUGLAS N. DARR, individually and in his capacity as Sheriff of the County of Adams, Colorado, and
DOES 1-5, in their individual and official capacities,

       Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on Plaintiffs' **Unopposed Motion to Change Case Caption** [Docket No. 13; Filed December 1, 2010] (the "Motion").

       IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The case caption shall be amended as set forth above.

       Dated:  December 2, 2010