IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01453-WYD-KLM

DAVID HAWKES, Personal Representative of the Estate of Kristie Lynn Hawkes, Deceased, and
CASEY ROHRER, by and through her grandfather and next friend David Hawkes,

      Plaintiffs,

v.

COUNTY OF ADAMS, a Colorado political subdivision,
BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS, COLORADO,
DOUGLAS N. DARR, individually and in his capacity as Sheriff of the County of Adams, Colorado, and
DOES 1-5, in their individual and official capacities,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Motion to Vacate Settlement Conference** [Docket No. 24; Filed February 15, 2011] (the "Motion"). Defendants request that the Court cancel the upcoming Settlement Conference as they do not intend to make any settlement offer. *Motion* [#24] at 2. Plaintiffs partially oppose the requested relief. Specifically, they prefer that the Settlement Conference be reset to a later date as opposed to cancelled outright. Given the current status of discovery, it is difficult for the Court to predict when a settlement conference might be most beneficial. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for March 1, 2011 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

      Dated:  February 16, 2011