IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01453-WYD-KLM

RANDY ROHRER, Personal Representative (Pending) of the Estate of Kristie Lynn Hawkes, Deceased; and
CASEY ROHRER, by and through her father and next friend Randy Rohrer,

     Plaintiff,

v.

COUNTY OF ADAMS, a Colorado Political Subdivision;
BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS, COLORADO;
DOUGLAS N. DARR, individually and in his capacity as Sheriff of the County of Adams, Colorado; and
DOES 1-5, in their individual and official capacities,

     Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Dismiss Federal Action filed March 8, 2011.  The motion seeks a dismissal of the federal action arising out of 42 U.S.C. § 1983.  Additionally, the parties agree that since there is no longer a federal issue, the Court may remand this case to state court.  I note that this case was initially removed from the Adams County District Court so a remand to that court of the remaining state law claims would be appropriate.

Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the federal cause of action under 42 U.S.C. § 1983 is **DISMISSED**.  It is

FURTHER ORDERED that as the remaining claims arise out of state law, this case is **REMANDED** to the District Court, Adams County, State of Colorado.

Dated:  March 15, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge